UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE HENDRICKSON, | 1:12-CV-00328 LJO BAM HC |
| Petitioner, | ORDER DENYING MOTION [Doc. #28] |
| v. | |
| HECTOR RIOS, JR., | ORDER DIRECTING CLERK OF COURT TO PROVIDE PETITIONER WITH BLANK FORMS FOR FILING A FEDERAL CIVIL RIGHTS COMPLAINT |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On August 9, 2012, the undersigned issued a Findings and Recommendation that recommended the petition be denied. On September 18, 2012, the District Court adopted the Findings and Recommendation in full, denied the petition, and directed that judgment be entered. The Clerk of Court entered judgment on the same date.

On September 19, 2012, Petitioner filed a motion wherein he requests that the petition be converted into a complaint for violation of civil rights. Petitioner is advised that this action has been terminated with the denial of his petition. To the extent Petitioner seeks to pursue a civil rights action, he must do so by commencing a new case by filing a civil rights complaint.

1  Accordingly, Petitioner's motion is DENIED. The Clerk of Court is DIRECTED to provide
2  Petitioner with blank forms for filing a federal civil rights action.
3  IT IS SO ORDERED.
4  **Dated:   September 21, 2012**                    **/s/ Barbara A. McAuliffe**
                                                    UNITED STATES MAGISTRATE JUDGE